1915.) Action by Philip Siegel against Louis Lese. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SILVERSTEIN, Respondent, v. ASTORIA BOAT WORKS & MARINE EQUIPMENT CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Harry Silverstein, an infant, etc., against the Astoria Boat Works & Marine Equipment Company, Incorporated, and others. J. Hetherington, of Long Island City, for appellants. A. Midonick, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

SILVERSTEIN, Respondent, v. ASTORIA BOAT WORKS & MARINE EQUIPMENT CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Morris Silverstein against the Astoria Boat Works & Marine Equipment Company, Incorporated, and others. J. Hetherington, of Long Island City, for appellants. A. Midonick, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

In re SIRE. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the judicial settlement of the account of Albert I. Sire, as administrator, etc., of David Kutner, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs. See, also, 153 N. Y. Supp. 1144.

In re SIRE. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the judicial settlement of the account of Albert I. Sire, as executor, etc., of Anna M. Kutner, deceased. No opinion. Decree of Surrogate's Court of Kings County affirmed, without costs.

SKONISCZNY, Respondent, v. DONATO, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Victoria Skonisczny against Frank Donato. M. L. Stover, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

SLOMAN, Appellant, v. SEIFTER, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Milton Sloman against Frederick Seifter. No opinion. Order affirmed, with $10 costs and disbursements.

SLOTNICK, Respondent, v. NEW YORK BUTCHERS' DRESSED MEAT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Trial Term, New York County. Action by Isaac Slotnick against the New York Butchers' Dressed Meat Company. From a judgment entered on a verdict, and from an order denying its motion for a new trial, defendant appeals. Judgment and order reversed, and complaint dismissed. Theodore F. Kuper, of New York City, for appellant. Joseph Goldfein, of New York City, for respondent.

PER CURIAM. The evidence fails to show that the defendant was guilty of negligence, or that the accident happened because of any negligence or improper conduct of the foreman or superintendent. The judgment and order appealed from are therefore reversed, the finding that the defendant was guilty of negligence reversed, and the complaint dismissed, with costs. Order filed.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by William E. T. Smith and others against John J. Bartlett. No opinion. Motion for reargument denied, without costs. See, also, 154 N. Y. Supp. 1145.

SMITH, Respondent, v. CITY OF POUGHKEEPSIE, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Anna Smith against the City of Poughkeepsie. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH et al., Respondents, v. HARRINGTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 2, 1915.) Action by Edward A. Smith and others against Luke M. Harrington and others. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH et al., Appellants, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Martha T. Smith and others against Edward H. L. Smith and others. No opinion. There is no cogent reason why we should dispose of this case upon the merits on the appeal from the order. For aught that appears, the issues can be tried speedily. The merits can be considered upon an appeal from the judgment. Order affirmed, without costs.

SMITH, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Savilla F. Smith, as administratrix, etc., of Christopher Smith, deceased, against the State of New York.

PER CURIAM. Determination affirmed, with costs. See, also, 161 App. Div. 906, 145 N. Y. Supp. 1145.

SMITH, P. J., and LYON, J., dissent.

SNAY, Respondent, v. SVEA FIRE & LIFE INS. CO., LIMITED, OF GOTHENBURG, SWEDEN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Fred Snay against the Svea Fire & Life Insurance Company, Limited, of Gothenburg, Sweden.

PER CURIAM. Judgment and order reversed, as against the evidence, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is excessive, unless